WOOD ROBBINS LLP

One Post Street
Suite 800

San Francisco, CA
94104

415.247.7900 Tel
415.247.7901 Fax

woodrobbins.com

April 25, 2013

The Honorable Stephen Johnson
United States Bankruptcy Court
Northern District of California
United States Courthouse,
Room 3035
280 South First Street
San Jose, CA 95113

**Re:** *Campeau v. Sherwood*, Case No. 10-58623-SLJ, Adversary No. 10-58623-SLJ
Case Status Conference Update

Dear Judge Johnson:

Upon receiving notice of an unsigned Request of Default by Clerk, our firm contacted the Court Clerk to clarify whether a judgment of default had been entered against defendant Stephanie Scott. We were told that she did not think that entry of default had been entered against either Steven Sherwood or Stephanie Scott and were advised to keep checking. As a result, I am writing to confirm that entry of default was not entered against either defendants.

The day that plaintiff Campeau filed the request we realized the error and asked Campeau to vacate the request but were ignored—opposing counseling Mr. Healy did not respond. Defendants immediately filed an Answer.

Defendants have also offered to settle the case for a mutual waiver of fees and costs. Defendants are committed to the settlement process and will continue to work with Campeau to resolve the matter.
.

Cordially,
WOOD ROBBINS, LLP

Cindy Truong

Cc: William Healy