

1 | CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
2 | WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
3 | San Jose, California 95112
Telephone: (408) 295-9555
4 | Facsimile: (408) 295-6606

5 | ATTORNEYS FOR
Plaintiff

The following constitutes
the order of the court. Signed April 30, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| In re: | Case No. 10-58623 |
| STEVEN JAMES SHERWOOD and STEPHANIE LYNN SCOTT, | CHAPTER 13 |
| Debtor. | |
| CAMPEAU GOODSELL SMITH, L.C., a law corporation, | Adversary Proceeding No. 12-05235 |
| Plaintiff, | **ORDER GRANTING MOTION TO REMAND** |
| v. | Date: April 29, 2013 |
| STEVEN JAMES SHERWOOD; STEPHANIE LYNN SCOTT AKA STEPHANIE L. SCOTT PIPER; and DOES 1 through 20, | Time: 1:30 p.m. Room: 3099 Judge: The Honorable Stephen L. Johnson |
| Defendants. | |

The Court, having read and considered the MOTION TO REMAND ("Motion") filed by Plaintiff Campeau Goodsell Smith, L.C. (Docket# 18) and related pleadings, having held a hearing on April 29, 2013, and having found good cause, does hereby, for the reasons stated on the record, grant the Motion and therefore,

**ORDER GRANTING MOTION TO REMAND**

IT IS ORDERED, ADJUDGED, and DECREED that:

1. The Motion, for the reasons stated on the record, is granted.

2. Pursuant to 28 U.S.C. §1452(b) this Adversary Proceeding is remanded to the Santa Clara County Superior Court and to the pending state court action entitled Campeau Goodsell Smith, L.C. v. Steven James Sherwood, et al Santa Clara County Superior (Lmtd.) Case No.: 1-12-CV-236217 forthwith.

***END OF ORDER***

**ORDER GRANTING MOTION TO REMAND**

**Court Service List**

All ECF Recipients